UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW YORK CENTRAL MUTUAL      Civil No.: 1:09-CV-1018 (GLS/DEP)
FIRE INSURANCE COMPANY,

         Plaintiff,

v.

SUNBEAM CORPORATION, et al.

         Defendants.
_____/

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

It is hereby stipulated and agreed by and between the parties hereto that this Court may enter an Order that the law firm of Goldberg Segalla, LLP, shall withdraw from representation of the defendants, SUNBEAM PRODUCTS, INC., SUNBEAM CORPORATION, MR. COFFEE, INC., and SUNBEAM-OSTER CO., INC., and that the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, shall be substituted as counsel for said defendants, and that all future correspondence, pleadings, and/or discovery matters in the above-styled cause shall be forwarded to Philip Quaranta, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 3 Gannett Drive, White Plains, New York, 10604-3407.

2674002.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

_____
Philip Quaranta, Esquire
3 Gannett Drive
White Plains, NY 10604-3407
(914) 323-7000

GOLDBERG SEGALLA, LLP

_____
Lisa M. Robinson, Esquire
5789 Widewaters Parkway
Syracuse, NY 13214
(315) 413-5430

2674002.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW YORK CENTRAL MUTUAL    Civil No.: 1:09-CV-1018 (GLS/DEP)
FIRE INSURANCE COMPANY,

    Plaintiff,
v.

SUNBEAM CORPORATION, et al.

    Defendants.
_____/

## ORDER SUBSTITUTING COUNSEL

THIS CAUSE having come on before the Court on the Joint Stipulation for Substitution of Counsel, and the Court now being fully advised in the premises, it is;

**ORDERED AND ADJUDGED:**

1. The Substitution of Counsel is hereby **GRANTED**.

2. The law firm of Goldberg Segalla, LLP is hereby relieved of any further responsibility in this case and that all future correspondence, pleadings, and/or discovery to the defendants, SUNBEAM PRODUCTS, INC., SUNBEAM CORPORATION, MR. COFFEE, INC., and SUNBEAM-OSTER CO., INC. should be served on Philip Quaranta, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 3 Gannett Drive, White Plains, New York, 10604-3407.

2674002.1

MAR. 2. 2010  4:27PM    WILSON ELSER MOSKOWITZ EDELMAN                NO. 0021   P. 5

DONE AND ORDERED in Chambers, in the United States District Court, Northern District of New York, this _____ day of _____, 2010.

IT IS SO ORDERED:

*[signature]*

David E. Peebles
U.S. Magistrate Judge
Dated: March 4, 2010
Syracuse, NY

4